I, Tyler Schwab, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of a criminal complaint and arrest warrant against JAMES TRAVIS SCURLOCK for violations of 18 U.S.C. § 2113(a) [bank robbery] and 18 U.S.C. § 924(c)(1)(A)(i) [using/carrying a firearm during and in relation to a crime of violence].

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 6, 2019. Your Affiant has been assigned to the FBI Safe Streets Task Force in Columbus, Ohio, since January of 2023. Prior to being assigned to the Safe Streets Task Force, I was assigned to the Joint Terrorism Task Force (JTTF) for approximately four years. During my assignment at the JTTF, I was a Case Agent and Co-Case Agent for multiple international and domestic terrorism investigations. While assigned to the JTTF, your Affiant received specialized training in international terrorism and homicide investigations. Furthermore, I have received training in computer-related crimes as well as in the criminal use of email, social media, and telephonic communications.

3. This affidavit is not intended to include each and every fact and matter observed by or made known to Agents of the government. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

4. More specifically, evidence obtained by your Affiant, provided in detail below, indicates that JAMES TRAVIS SCURLOCK was responsible for a pair of bank robberies at the Huntington Bank located at 1146 Gemini Place, Columbus, Ohio 43240, on March 6, 2025, and May 16, 2025. Both bank robberies occurred within the Southern District of Ohio.

**Bank Robbery 1-Huntington Bank, 1146 Gemini Place, Columbus, Ohio 43240**

5. On March 6, 2025, at approximately 12:38 p.m., Detectives with the Columbus Police Department responded to 1146 Gemini Place in reference to a bank robbery. Upon arrival, the detectives learned that a suspect had entered the Huntington Bank wearing a black zip-up hoodie, blue jeans, white Nike tennis shoes, black latex gloves, and a white camouflage mask.

6. The suspect approached a bank teller and asked about opening an account. When the bank teller asked the suspect if he had two forms of identification, the suspect stated that he did not. The bank teller then tried to schedule an appointment with the suspect later on, when the suspect could come back with the proper identification. At that time, the suspect pulled out a black handgun, pointed it at the bank teller, and stated, "I'm sorry, I don't want to do this, don't do anything stupid. No dye packs. Give it all to me. No one move." The suspect was carrying a black Nike backpack with green piping and told the bank teller to place the money in the backpack. After the bank teller placed all the money in the drawer into the backpack, the suspect then directed the bank teller to another drawer and told the bank teller to empty that drawer as well. The bank teller ended up placing approximately $13,700 in cash into the suspect's backpack. The suspect then departed the bank. Moments after the suspect exited the bank, a red Honda Civic without a license plate can be seen on surveillance video exiting the bank parking lot.

7. Huntington Bank, whose deposits are federally insured, provided these photos of the suspect and what is believed to be the suspect's vehicle, which were both taken during the March 6, 2025 robbery:





8. Todd Ballinger, Administrator with the Ohio Bureau of Motor Vehicles Investigation Section, was shown the above vehicle photo and identified the vehicle in the photo as a 2019 to 2022 Honda Civic.

**Bank Robbery 2-Huntington Bank, 1146 Gemini Place, Columbus, Ohio 43240**

9. On May 16, 2025, at approximately 11:25 a.m., Detectives with the Columbus Police Department again responded to 1146 Gemini Place in reference to a bank robbery. Upon arrival, the detectives learned that a suspect entered the Huntington Bank wearing a black hoodie, blue jeans, white Nike shoes, black gloves, sunglasses, and a white camouflage mask.

10. Upon entering the bank, the suspect approached the teller and pulled out a black handgun. The suspect then said to the teller, "You know what to do" and "No dye packs." The suspect then walked to two tellers' drawers and placed the cash from their drawers into a black backpack. After doing this, the suspect then ordered the tellers to the vault and placed the cash from the vault into his backpack. The suspect ended up getting away with a total of $27,715 from Bank Robbery 2. The suspect then exited the bank. Shortly after the suspect exited the bank, a red Honda Civic without a license plate was seen exiting the parking lot.

11. Huntington Bank provided the following photos of the suspect and what is believed to be the suspect's vehicle, which were taken during the May 16, 2025, robbery:





12. On March 14, 2025, United States Magistrate Judge Elizabeth A. Preston Deavers signed search warrants requiring AT&T and T-Mobile to provide the estimated location of all cellular devices that were within 0.35 miles of the Huntington Bank located at 1146 Gemini Place, Columbus, Ohio 43240, on the day of Bank Robbery 1 (March 6, 2025) and during the time window of that robbery (12:18 p.m. to 12:48 p.m.). An analysis of the records provided by T-Mobile indicated that the cell phone associated with IMSI 310260492082206 was present at Bank Robbery 1 during the time that Bank Robbery 1 occurred.

13. Furthermore, grand jury subpoena returns from T-Mobile revealed that the phone number associated with IMSI 310260492082206 was (740) 972-5966 (the "TARGET CELL PHONE"). The same grand jury subpoena returns from T-Mobile revealed that the subscriber of the TARGET CELL PHONE was JAMES SCURLOCK.

14. According to OHLEG, the address listed on SCURLOCK's Ohio driver's license is 400 Park Street, Apt. E6, Cardington, Ohio 43315. Additionally, SCURLOCK's listed address in Accurint is also 400 Park Street, Apt. E6, Cardington, Ohio 43315.

15. On May 19, 2025, a Special Agent was conducting surveillance of 400 Park Street, Apt. E6, Cardington, Ohio 43315. During that surveillance, the Special Agent observed SCURLOCK return to his residence driving a red Honda Civic with Ohio license plate KHE9672. The Special Agent observed SCURLOCK park the red Honda Civic with Ohio license plate KHE9672 in the area of the residence, exit the vehicle, and then enter 400 Park Street, Apt. E6.

16. Following Bank Robbery 2, Columbus Fire Department Investigator Jeremy Hinesman conducted a FLOCK camera search for red Honda Civics in the vicinity of the Huntington Bank located at 1146 Gemini Place, Columbus, Ohio 43240, between 10:00 a.m. and 1:00 p.m. on May 16, 2025. Investigator Hinesman observed a red Honda Civic on FLOCK camera at approximately 10:03 a.m. on May 16, 2025, driving on Old State Road at Powell Road, which is approximately 1.2 miles north of the Huntington Bank. The red Honda Civic on the FLOCK camera appeared similar to the red Honda Civic seen departing the bank shortly after the suspect exited the bank during Bank Robbery 1 and Bank Robbery 2. The license plate on the red Honda Civic, which was observed by Investigator Hinesman on FLOCK camera on May 16, 2025, had an Ohio license plate KHE9672. The red Honda Civic with Ohio license plate KHE9672 was found to be registered to SCURLOCK and was a 2019 model.

17. Based on the TARGET CELL PHONE, which is subscribed to SCURLOCK, being present at Bank Robbery 1, and SCURLOCK's registered red Honda Civic being in the area of Bank Robbery 2 prior to Bank Robbery 2 taking place, your affiant believes that SCURLOCK committed Bank Robbery 1 and Bank Robbery 2. In my training and experience, I know that individuals who commit bank robberies often commit more than one bank robbery and use similar tactics and techniques in their robberies.

18. In this case, the suspect committed Bank Robbery 1 and Bank Robbery 2 by driving a red Honda Civic and seems to have taken the license plate off the vehicle before committing the bank robberies. The suspect also wore similar clothes in both bank robberies, which was a black hoodie/jacket, black gloves, blue jeans, white Nike shoes, and a white camouflage mask. The suspect also used a black handgun and carried a black backpack to carry the cash he stole in both robberies. Additionally, the suspect specifically requested no dye packs be placed in the cash by the tellers in Bank Robbery 1 and Bank Robbery 2.

19. On May 20, 2025, United States Magistrate Judge Kimberly A. Jolson signed another search warrant, this one requiring T-Mobile to provide historical call detail records, including location information, for the TARGET CELL PHONE from March 1 to May 20, 2025 (location records ended up being from April 23, 2025, to May 20, 2025, based on T-Mobile's preservation of records policies). Analysis of the T-Mobile records shows that on the morning of May 16, 2025 (Bank Robbery 2), the TARGET CELL PHONE traveled from the area of the 400 Park Street, Apartment E6, Cardington, Ohio, to the Polaris Mall area. At roughly 10:17 a.m., the TARGET CELL PHONE was in the general area of Walmart located at 8659 Columbus Pike, Lewis Center, Ohio 43035, which was approximately 2.7 miles northwest of the Huntington Bank located at 1146 Gemini Place, Columbus, Ohio 43240 (location of both robberies). The TARGET CELL PHONE did not signal from 10:17 a.m. to 11:34 a.m. The timeframe that the TARGET CELL PHONE was not signaling encompassed the time that Robbery 2 took place, which was between 11:25 a.m. and 11:27 a.m. When the TARGET CELL PHONE next signaled, at 11:34 a.m., it was in the area of Interstate 71 and Alum Creek Lake. The TARGET CELL PHONE then regularly signaled to the area of the 400 Park Street, Apartment E6, Cardington, Ohio, and appeared to arrive at that location at approximately 12:02 p.m.

20. There are several reasons why the TARGET CELL PHONE did not signal during the time of Bank Robbery 2, one of them being that SCURLOCK could have turned off his phone. In my training and experience, I have learned that individuals who commit robberies often turn off their cell phones when they commit their robberies as a way to hide their location during the time of the robbery from law enforcement. In this case, SCURLOCK's phone was regularly signaling as he drove from Cardington to the Polaris Mall area on the morning of May 16, 2025. Once SCURLOCK got close to the site of Bank Robbery 2, he might have turned off his phone (approximately 10:17 a.m.). SCURLOCK might have turned his phone back on after he committed Bank Robbery 2 (11:34 a.m.), when he was out of the area of the bank robbery and was on Interstate 71 driving north toward his residence in Cardington, Ohio.

21. On June 9, 2025, United States Magistrate Chelsey M. Vascura issued warrants to search SCURLOCK's residence (400 Park Street, Apt E6, Cardington, Ohio 43315), SCURKLOCK's red Honda Civic with Ohio license plate KHE9672, and SCURLOCK's person for evidence, fruits, and tools related to the bank robberies.

22. On June 12, 2025, law enforcement agents executed the search warrants. SCURLOCK was at the home at 400 Park Street, Apt. E6, Cardington, Ohio, when agents executed the warrant. One cell phone was located and recovered during the search. The red Honda Civic was not parked at the residence at the time of the search. However, law-enforcement later located the red Honda Civic at 2221 Schrock Road, Columbus, Ohio 43229, and searched it.

23. At 400 Park Street, Apt. E6, investigators located the following items of evidence upon execution of the search warrant:

    a. a white camouflage mask;

    b. a black Springfield handgun with serial number BA577242;

  c. a draw string bag filled with rubber banded cash;

  d. black latex gloves;

  e. white Nike Shoes with a black Nike Swoosh on the inside and outside of each shoe;

  f. blue jeans with rips on the legs; and

  g. a black backpack.

24. Based on the foregoing, I believe that there is probable cause to issue a criminal complaint and arrest warrant for JAMES T. SCURLOCK for violations of 18 U.S.C. § 2113(a) [bank robbery] and 18 U.S.C. § 924(c)(1)(A)(i) [use/carrying of a firearm during and in relation to a crime of violence].

              Respectfully submitted,

              Tyler Schwab
              Special Agent
              FBI

Subscribed and sworn to before me on ___June 12_____, 2025

_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE